IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEXINGTON INSURANCE COMPANY                                                  PLAINTIFF

VERSUS                                                    CIVIL ACTION NO: 2:09-CV-00023

GILCO LUMBER, INC., J.T. SHANNON                                             DEFENDANT
LUMBER COMPANY, INC.

## ORDER

This matter is before the court on motion of the plaintiff to amend its Complaint (# 27) to assert a claim against additional defendants Scott England and James Harless. The defendant does not object to this motion, and after considering it, the court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the plaintiff's motion to amend its complaint(# 27) is hereby GRANTED. Despite the inclusion of the amended complaint, however, the plaintiff must file separately its amended complaint within seven days of entry of this order.

SO ORDERED, this the 26th day of August 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

.