IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEXINGTON INSURANCE COMPANY                                PLAINTIFF

VERSUS                                     CIVIL ACTION NO: 2:09-CV-00023

GILCO LUMBER, INC., J.T. SHANNON                           DEFENDANT
LUMBER COMPANY, INC.

**<u>ORDER</u>**

This matter is before the court on motion of the plaintiff to amend its Complaint (# 27) to assert a claim against additional defendants Scott England and James Harless. The court granted this motion on August 26, 2009. Following this order, defendants filed a motion for leave to respond to the motion to amend the complaint, and the court granted it. After considering the motion and all responses thereto, the court now finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the plaintiff's motion for leave to amend the complaint (# 27) is hereby GRANTED. The defense will have 20 days from entry of this order to answer or otherwise respond to the amended complaint.

SO ORDERED, this the 11th day of September 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

.